HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JENNY CARR,<br><br>                Plaintiff,<br><br>    v.<br><br>DARRELL D. UPTEGRAFT, JR., and "JANE DOE" UPTEGRAFT, and RYAN SELLS UPTEGRAFT, INC., P.S., a Washington corporation,<br><br>                Defendant. | Case No. C10-5336RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Application to Proceed *In Forma Pauperis*.

Having considered the entirety of the records and file herein, it hereby

ORDERED that Plaintiff's Application to Proceed *In Forma Pauperis* is **GRANTED**. The Clerk shall file plaintiff's complaint. The Clerk shall send service forms to the plaintiff. Plaintiff shall have **30 days** from the entry of this Order to return the service forms. Once the plaintiff returns the filled out service forms and service copies of his complaint, the United States Marshal shall send the following to each named defendant for whom there is a filled out service form by first class mail: a copy of the complaint and of this Order, two copies of the Notice of Lawsuit and Request for Waiver of Service of Summons, a Waiver of Service of Summons and a return envelope, postage prepaid, addressed to the Clerk's Office. All costs of

service shall be advanced by the United States. The Clerk shall assemble the necessary documents to effect service.

Defendants shall have **thirty (30) days** within which to return the enclosed Waiver of Service of Summons. Each defendant who timely returns the signed Waiver shall have **sixty (60) days** after the date designated on the Notice of Lawsuit to file and serve an answer or a motion directed to the complaint, as permitted by Rule 12 of the Federal Rules of Civil Procedure.

Any defendant who fails to timely return the signed Waiver will be personally served with a summons and complaint, and may be required to pay the full costs of such service, pursuant to Rule 4(d)(2). A defendant who has been personally served shall file an answer or motion permitted under rule 12 within **thirty (30) days** after service. It is further

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 3rd day of June, 2010.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2